UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>            Plaintiff,<br><br>    v.<br><br>MEEKS,<br><br>            Defendants. | No. 2:21-cv-00016 TLN CKD PS<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the findings and recommendations entered May 14, 2021. Good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2. Plaintiff is granted 45 days from the date of this order in which to file objections to the magistrate judge's findings and recommendations entered May 14, 2021.

Dated: June 7, 2021

                                                                   CAROLYN K. DELANEY
                                                                   UNITED STATES MAGISTRATE JUDGE

whitsitt21cv16.eot