UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>         Plaintiff,<br><br>    v.<br><br>MEEKS, et al.,<br><br>         Defendants. | No. 2:21-cv-00016-TLN-CKD<br><br>**ORDER** |

Plaintiff proceeds in this civil action *pro se*. The action was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(3) and 28 U.S.C. § 636(b)(1)

On May 14, 2021, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 14.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having reviewed the matter, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 14) are ADOPTED IN FULL;
2. Plaintiff's complaint is DISMISSED without leave to amend for failure to state a claim;

and

3. The Clerk of Court is directed to close this case.

Dated:  September 7, 2021

_____
Troy L. Nunley
United States District Judge