1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10

11     WILLIAM J. WHITSITT,                        No. 2:21-cv-00016-TLN-CKD

12                    Plaintiff,

13         v.                                       **ORDER**

14     MEEKS, et al.,

15                    Defendants.

16

17         This matter is before the Court on pro se Plaintiff William J. Whitsitt's ("Plaintiff")

18     Motion for Relief from Judgment.  (ECF No. 23.)  Defendants[1] did not file an opposition.  For the

19     reasons set forth below, the Court DENIES Plaintiff's motion.

20     ///

21     ///

22     ///

23     ///

24

25

26     _____

       [1]     "Defendants" refers to all fourteen Defendants in this action: Meeks, City of Stockton,
27     City of Manteca, San Joaquin County Courts, Plummer, Sara Lizero, San Joaquin County, SJC
       Probation Department, Christian Life Church, Kinney, Nathaniel Haney, Nurse Vistoria,
28     Christian Life College and Long.

                                                    1

1    A detailed recitation of the factual and procedural history is not necessary for the

2   disposition of Plaintiff's motion.  In short, Plaintiff commenced this civil rights action against

3   Defendants, seeking relief under 42 U.S.C. §§ 1983 and 1985.  (ECF No. 12.)  On April 5, 2021,

4   the Court screened the complaint pursuant to 28 U.S.C. § 1915(e) and ordered its dismissal for

5   failure to state a claim and failure to meet the pleading standards of the Federal Rules of Civil

6   Procedure.  (ECF No. 4.)  On May 14, 2021, the magistrate judge made findings and

7   recommendations ("F&Rs") to dismiss this action for failure to state a claim and failure to

8   prosecute.  (ECF No. 6.)  Thereafter, Plaintiff filed a first amended complaint which was deemed

9   timely filed.  (ECF Nos. 12, 14.)  On August 12, 2021, in light of the first amended complaint, the

10   magistrate judge made new F&Rs recommending that this action be dismissed for failure to state

11   a claim.  (ECF No. 14.)  On September 10, 2021, the Court adopted the F&Rs in full and

12   dismissed Plaintiff's complaint without leave to amend.  (*Id.*)

13   The clerk of court entered judgment that same day[2].  (ECF No. 17.)  On June 26, 2024, Plaintiff

14   filed a motion for relief from judgment.  (ECF No. 23.)

15    On motion and just terms, a district court may relieve a party from a final judgment for the

16   following reasons:

17    (1) mistake, inadvertence, surprise, or excusable neglect;

18    (2) newly discovered evidence that, with reasonable diligence,
        could not have been discovered in time to move for a new trial
19        under Rule 59(b);

20    (3) fraud (whether previously called intrinsic or extrinsic),
        misrepresentation, or misconduct by an opposing party;
21

22    (4) the judgment is void;

23    (5) the judgment has been satisfied, released, or discharged; it is
        based on an earlier judgment that has been reversed or vacated;
24        or applying it prospectively is no longer equitable; or

25    (6) any other reason that justifies relief.

26   Fed. R. Civ. P. 60(b).

27
    _____

    [2]    On October 4, 2021, Plaintiff filed a notice of appeal to the Ninth Circuit.  (ECF No. 18.)
28   The Ninth Circuit affirmed this Court's decision on November 7, 2024.  (ECF No. 25.)

                                            2

1    In the instant case, Plaintiff has failed to demonstrate he is entitled to relief under Rule

2    60(b). Plaintiff makes cursory arguments and merely recites the operative text from various

3    subsections of Rule 60(b) without proffering facts that give rise to any indication that relief is

4    warranted. (ECF No. 23.) For example, Plaintiff contends he received favorable outcomes in two

5    misdemeanor cases and argues the dismissal of those cases "invalidates" his subsequent felony

6    charge. (*Id*. at 8.) Plaintiff further argues, in a conclusory fashion, the favorable outcomes

7    constitute new evidence such that relief from judgment is warranted. (*Id* at 3.) Plaintiff,

8    however, fails to allege facts regarding how the evidence is related to claims in his civil action.

9    (*Id*. at 3.) To the extent Plaintiff argues the favorable outcomes of two prior cases are grounds to

10   withdraw his guilty plea, such an argument needs to be made in his criminal case, not this civil

11   action.

12    Accordingly, the Court DENIES Plaintiff's Motion for Relief from Judgment. (ECF No.

13   23.)

14    IT IS SO ORDERED.

15   Date: December 2, 2024

16

17

18   _____

19   TROY L. NUNLEY
     CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

3